UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHARLES R. SMITH, | Case No. 3:26-cv-00070-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

Charles R. Smith, an individual incarcerated at Nevada's Lovelock Correctional Center, initiated this habeas corpus action on January 30, 2026 by filing an application to proceed *in forma pauperis* ("IFP") (ECF No. 1) along with a petition for writ of habeas corpus (ECF No. 1-1). On the same day, the Court received financial certificates showing the status of Smith's prison accounts from the Nevada Department of Corrections. (ECF No. 4.) In light of the financial certificates, the Court finds that Smith is able to pay the $5 filing fee. The Court will thus deny Smith's IFP application to proceed and will require Smith to pay the filing fee before his petition is screened and this case proceeds.

It is therefore ordered that Smith's application to proceed IFP (ECF No. 1) is denied. Smith will have 45 days from the date of entry of this Order to pay the $5 filing fee. Failure to comply with this Order will result in dismissal of this action.

DATED THIS 3rd Day of February 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE