UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CHARLES R. SMITH,

Petitioner,

v.

NETHANJAH BREITENBACH, *et al*.,

Respondents.

Case No. 3:26-cv-00070-MMD-CLB

ORDER

Charles R. Smith, an individual incarcerated at Nevada's Lovelock Correctional Center, initiated this habeas corpus action on January 30, 2026, by submitting for filing an application to proceed *in forma pauperis* ("IFP") (ECF No. 1) and a petition for writ of habeas corpus (ECF No. 1-1). On February 3, 2026, the Court denied the IFP application and gave Smith 45 days—until March 20, 2026—to pay the $5 filing fee. (ECF No. 5.) Smith has not paid the filing fee.

The Court will, *sua sponte*, grant Smith an extension of time to May 8, 2026 to pay the filing fee. The Court will not be inclined to extend the deadline for payment beyond that. If Smith does not pay the filing fee by May 8, the Court will dismiss this action without prejudice.

The Court notes that Smith has filed two identical motions for appointment of counsel. (ECF Nos. 6, 7.) The Court will not address those motions unless and until Smith pays the filing fee and the Court screens his habeas petition.

///

///

///

///

It is therefore ordered that Petitioner will have until May 8, 2026 to pay the $5 filing fee for this action. Failure to comply with this order and pay the filing fee by May 8, 2026 will result in dismissal of this action.

DATED THIS 6th Day of April 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2