# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES R. SMITH, | Case No. 3:26-cv-00070-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

This action involves a petition for writ of habeas corpus ("Petition") under 28 U.S.C. § 2254, by Charles R. Smith, an individual incarcerated at Nevada's Lovelock Correctional Center. Smith submitted his petition for writ of habeas corpus for filing on January 30, 2026. (ECF No. 1.) He paid the filing fee on May 11, 2026. (ECF No. 9.)

The Court examined Smith's Petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and found that it appears the Petition is subject to dismissal. (ECF No. 10.) In an order entered on May 15, 2026, the Court explained that it appears Smith's Petition is wholly unexhausted in state court and barred by the statute of limitations. (*Id*.) The Court granted Smith an opportunity to show cause as to why this action should not be dismissed on one or both grounds. (*Id*.) The Court ordered that if Smith did not, within the time allowed, make a colorable showing that this case should not be dismissed on either ground, or if he failed to respond to the order, this action would be dismissed. (*Id*.) The Court gave Smith until June 26, 2026, to respond. (*Id*.) Smith did not respond.

///

///

///

It is therefore ordered that this action is dismissed.

It is further ordered that a certificate of appealability is denied, as jurists of reason would not find the Court's dismissal of this action to be debatable or wrong.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 9th Day of July 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2